IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS SANDS CORP., A NEVADA
CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
and
ROUND SQUARE COMPANY
LIMITED,
Real Party in Interest.

No. 72128

**FILED**

FEB 16 2017


ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR
## WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order concerning discovery and evidence.

Having considered the petition and supporting documents, we are not persuaded that writ relief is warranted. NRS 34.160; NRS 34.320; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 225, 88 P.3d 840, 841 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991); *see Club Vista Fin. Servs., LLC v. Eighth Judicial Dist. Court*, 128 Nev. 224, 228, 276 P.3d 246, 249 (2012) (noting that "[d]iscovery matters are within the district court's sound discretion, and [this court] will not disturb a district court's ruling regarding discovery unless the court has clearly abused its discretion"). We likewise are not persuaded by petitioner's argument that the district court exceeded the scope of our remand in concluding that evidence

17-05676

concerning the success fee agreement and procurement deal was relevant to determining quantum meruit damages. Our remand order recognized that such evidence was relevant and proper to consider in determining the reasonable value of services, so long as it was not the sole measure for the quantum meruit damages because contract price and reasonable value of services may differ. Accordingly, we

ORDER the petition DENIED.[1]

_____ , J.
Hardesty

_____ , J.
Parraguirre

_____ , J.
Stiglich


cc:    Hon. Rob Bare, District Judge
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
Morris Law Group
Pisanelli Bice, PLLC
Norton Rose Fulbright US LLP/California
Eighth District Court Clerk

---

[1]In light of this order, petitioner's motion for stay is denied.